**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Yolanda Viola BURGESS, Defendant—**
**Appellant.**

No. 03–7931.

United States Court of Appeals,
Fourth Circuit.

Submitted April 15, 2004.

Decided April 22, 2004.

Yolanda Viola Burgess, Appellant pro se.

Kimberly Riley Pedersen, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Yolanda Burgess seeks to appeal the district court's order recharacterizing her 18 U.S.C. § 3742 (2000) motion as a motion filed under 28 U.S.C. § 2255 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000).

A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that her constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Burgess has not made the requisite showing.

Accordingly, we deny Burgess's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*